UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | 2:18-cr-00035-JRS-CMM-1 |
| vs. ) | |
| ) | |
| EDDIE STILES, III, ) | |
| Defendant ) | |

## REPORT AND RECOMMENDATION

On October 5, 2022, the Court held an initial and final hearing on the Petition for Warrant/Violation for Offender Under Supervision filed on September 29, 2022. Eddie Stiles, III ("Defendant") appeared with FCD counsel, Gwendolyn Beitz. The Government appeared by Jeremy Fugate, Assistant United States Attorney on behalf of Tiffany Preston. U. S. Probation appeared by Officer Jennifer Considine.

The parties advised the Court at the outset of the hearing that a proposed agreement was reached by which the defendant would admit Violation #1 in the petition Docket No. [75].

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. §3583:

1. The Court advised the Defendant of his rights. The Defendant advised that he had received and reviewed the petition and had the opportunity to confer with counsel in advance of the hearing. Defendant waived his right to a preliminary hearing and the Court found probable cause to proceed on the Petition.

2. The defendant was advised that this matter had been referred by the District Judge and that the District Judge has final authority whether to accept, reject, or modify the recommendation.

3. After being placed under oath, Defendant advised that he consented to the proposed agreement, had sufficient opportunity to consult with counsel, and was satisfied with his representation. Defendant admitted Violation No. 1 of petition [75].

3. The allegations to which Defendant admitted, as fully set forth in the petition, are:

**VIOLATION**
**NUMBER**    **NATURE OF NONCOMPLIANCE**

1. "You shall not use or possess any controlled substances prohibited by applicable state or federal law, unless authorized to do so by a valid prescription from a licensed medical practitioner. You shall follow the prescription instructions regarding frequency and dosage."

   On September 22, 2022, Mr. Stiles submitted a urine drug test that returned positive for benzodiazepines. On September 27, 2022, he was confronted and denied use of the substance.

   As previously reported, On May 9, May 18, May 31, July 6, and, 28, 2022, Mr. Stiles tested positive for amphetamines and cannabinoids.

4. The parties stipulated that:

   (a) The highest grade of violation is a Grade **B** violation.

   (b) Defendant's criminal history category is **IV**.

   (c) The range of imprisonment applicable upon revocation of supervised release, therefore, is **12 to 18** months imprisonment.

5. The Magistrate Judge, having considered the factors in 18 U.S.C. §3553(a), and as more fully set forth on the record, finds that:

(a) The Defendant violated the supervised release condition as alleged in Violation #1;

(b) Consistent with the parties' agreement, the Magistrate Judge recommends that the defendant serve one year and one day in the custody of the Bureau of Prisons, and further recommends placement at Milan Michigan FCI. Consistent with the parties' agreement, supervised release is terminated;

(e) That the agreement of the parties is an appropriate resolution of this matter and the agreement is commended to the favorable consideration of the District Judge with the Magistrate Judge's recommendation for sentencing;

Defendant shall remain in custody pending the District Judge's action on this Report and Recommendation.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge. The parties have waived the 14-day period within which to file objections for the consideration of the District Judge.

Dated: October 5, 2022

_____
CRAIG M. McKEE, Magistrate Judge
United States District Court
Southern District of Indiana

Distribution:
All ECF-registered counsel of record via email generated by the court's ECF system